UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                                                BCN#: 19-33915-KRH
LeMar Allen Bowers                                    Chapter: 13
Debtor(s)

NOTICE OF MOTION (OR OBJECTION)

CARRINGTON MORTGAGE SERVICES, LLC has filed papers with the court objecting to the confirmation of the proposed Chapter 13 plan.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Objection, or if you want the court to consider your views on the objection , then on or before October 9, 2019, you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

        U.S. Bankruptcy Court
        701 East Broad Street,
        Suite 4000
        Richmond, VA 23219

You must also send a copy to:
        Gregory N. Britto, Esquire
        Malcolm B. Savage, III, Esquire
        William M. Savage, Esquire
        Thomas J. Gartner, Esquire
        Mary F. Balthasar Lake, Esquire
        Nicole McKenzie, Esquire
        SHAPIRO & BROWN, LLP
        501 Independence Parkway, Suite 203
        Chesapeake, Virginia 23320
        (703) 449-5800

- Attend a hearing to be scheduled on 10/09/2019, 11:10 AM, Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: 9/12/2019

SHAPIRO & BROWN, LLP
Attorneys for CARRINGTON MORTGAGE SERVICES, LLC

By: /s/ Nicole McKenzie
Gregory N. Britto, Esquire
VSB #23476
Malcolm B. Savage, III, Esquire
VSB #91050
William M. Savage, Esquire
VSB #26155
Thomas J. Gartner, Esquire
VSB #79340
Mary F. Balthasar Lake, Esquire
VSB #34899
Nicole McKenzie, Esquire
VSB #93990
SHAPIRO & BROWN, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800

# CERTIFICATE OF SERVICE

I certify that I have this 12th day of September, 2019, electronically transmitted and/or mailed by first class mail, postage pre-paid or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the following:

James E. Kane
Kane & Papa, PC
1313 East Cary Street, PO Box 508
Richmond, VA 23218-0508

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218

LeMar Allen Bowers
10250 Scots Landing Rd
Mechanicsville, VA 23116

                                  /s/ Nicole McKenzie
                                  Gregory N. Britto, Esquire
                                  Malcolm B. Savage, III, Esquire
                                  William M. Savage, Esquire
                                  Thomas J. Gartner, Esquire
                                  Mary F. Balthasar Lake, Esquire
                                  Nicole McKenzie, Esquire

Gregory N. Britto, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Thomas J. Gartner, Esquire
Mary F. Balthasar Lake, Esquire
Nicole McKenzie, Esquire
Shapiro & Brown, LLP Attorney for
Carrington Mortgage Services, LLC
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800 19-282728

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                                          BCN#: 19-33915-KRH
LeMar Allen Bowers                                              Chapter: 13
Debtor(s)

OBJECTION OF CARRINGTON MORTGAGE SERVICES, LLC
TO PROPOSED CHAPTER 13 PLAN AND
CONFIRMATION THEREOF

  CARRINGTON MORTGAGE SERVICES, LLC, and its assignees and/or successors in interest, a secured creditor in the above-entitled Bankruptcy proceeding, hereby submits the following objections to the confirmation of the Chapter 13 Plan proposed by Debtor:

  1. This objecting secured creditor is the beneficiary of a trust deed on property commonly known as 10250 Scots Landing Rd, Mechanicsville, VA 23116; the promissory note and deed of trust were attached to the proof of claim filed by the secured creditor.

  2. The debtor is due an estimated total pre-petition arrears of $23,647.95.

  3. The proposed Plan does not set forth a reasonable schedule and time period for the payment of arrearages on the deed of trust.

  4. The proposed Chapter 13 plan does not provide this objecting secured creditor with adequate protection or adequate security, according to Sections 362 and 1325(a) of the Code.

  5. As indicated by the debtor's payment history and schedules, the Plan is not feasible.

Gregory N. Britto, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Thomas J. Gartner, Esquire
Mary F. Balthasar Lake, Esquire
Nicole McKenzie, Esquire
Shapiro & Brown, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800  19-282728

CONCLUSION

      Any Chapter 13 Plan proposed by Debtors must provide for and eliminate the objections specified above in order to be feasible and to provide adequate protection to this objecting secured creditor. It is respectfully requested that confirmation of the Chapter 13 Plan as proposed by Debtor be denied.

      WHEREFORE, secured creditor prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied.
2. For attorney's fees and costs incurred herein.
3. That a hearing be held October 9, 2019, at 11:10 am at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia on this objection.
4. For such other relief as this Court deems proper.

Dated: 9/12/2019

Respectfully submitted
CARRINGTON MORTGAGE SERVICES, LLC
By Counsel:

/s/ Nicole McKenzie
Gregory N. Britto, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Thomas J. Gartner, Esquire
Mary F. Balthasar Lake, Esquire
Nicole McKenzie, Esquire
Shapiro & Brown, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800

CERTIFICATE OF SERVICE

I certify that I have electronically transmitted and/or mailed true copies of the above Objections to the Chapter 13 Plan, by First Class Mail, postage prepaid on this _12th day of September, 2019 to the following:

James E. Kane
Kane & Papa, PC
1313 East Cary Street, PO Box 508
Richmond, VA 23218-0508

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218

LeMar Allen Bowers
10250 Scots Landing Rd
Mechanicsville, VA 23116

    /s/ Nicole McKenzie
    Gregory N. Britto, Esquire
    Malcolm B. Savage, III, Esquire
    William M. Savage, Esquire
    Thomas J. Gartner, Esquire
    Mary F. Balthasar Lake, Esquire
    Nicole McKenzie, Esquire

19-282728