UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:  LeMar Allen Bowers            )     Case No:    19-33915
                                      )     Chapter 13

## OBJECTION TO CONFIRMATION

**COMES NOW,** Susan H. Call, Counsel for Carl M. Bates the Chapter 13 Trustee, and moves this Court to deny confirmation of the Chapter 13 Plan filed on August 26, 2019, for the cause as follows:

1. The Debtor filed this Chapter 13 Petition on July 29, 2019 under 11 U.S.C. Chapter 13, now pending in the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division.

2. This Objection is filed pursuant to 11 U.S.C. 1325 (b) (1) (B).

3. The above filed Chapter 13 Plan fails to provide that all of the debtor's projected disposable income in the applicable commitment period will be applied to the plan payments, shown by:

    a. The debtor has substantial IRS debt listed ($682,188.93 priority per the IRS proof of claim) as secured and proposed to be paid outside plan, but the IRS claim far exceeds the amount listed. The Trustee suggests the debtor properly address the IRS proof of claim.

    b. The debtor deducts for life insurance the amount of $600.00, the Trustee requests proof that that amount is for term life insurance as whole life insurance is not an allowed deduction.

    c. The Chapter 13 Trustee would suggest that all required income be paid into the Chapter 13 Plan.

WHEREFORE, for the reasons stated herein, the Chapter 13 Trustee, by Counsel, Susan H. Call, respectfully moves the Court to deny confirmation of the Debtors' proposed Chapter 13 Plan as filed with the Court, and for such further and other relief as in the premises may seem just.

Date: September 25, 2019            /s/Susan H. Call
                                    Susan H. Call, Counsel for
                                    Carl M. Bates
                                    Chapter 13 Trustee

## Certificate of Service

I hereby certify that on September 25, 2019, I have mailed or hand-delivered a true copy of the foregoing Objection to Confirmation to the debtor(s), LeMar Allen Bowers, 10250 Scots Landing Rd, Mechanicsville, VA 23116 and electronically sent to debtor's attorney, James E, Kane, Esquire, jkane@kaneandpapa.com.

                                    /s/Susan H. Call
                                    Susan H. Call, Counsel for
                                    Carl M. Bates, Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:  LeMar Allen Bowers                       )        Case No:    19-33915
                                                 )        Chapter 13

Debtor Address    10250 Scots Landing Road
                  Mechanicsville, VA 23116

Last four digits of Social Security No(s).:    6396

## NOTICE OF OBJECTION TO CONFIRMATION

    Susan H. Call, Counsel for Carl M. Bates the Chapter 13 Trustee, has filed papers with the Court objecting to confirmation of your Chapter 13 Plan, which was filed in this case.

    **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

    If you do not want the Court to grant the relief sought in the Objection, or if you want the Court to consider your views on the Objection, then on or before three (3) days before the date of the hearing, you or your attorney must:

  __X__    File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

                    Clerk of Court
                    United States Bankruptcy Court
                    701 East Broad Street, Suite 4000
                    Richmond, VA 23219

    You must also mail a copy to:

                    Susan H. Call, Counsel for
                    Carl M. Bates
                    Chapter 13 Trustee
                    P.O. Box 1819
                    Richmond, VA 23218

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

_____        Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

   X          Attend the hearing on the objection scheduled to be held on **October 9, 2019** at **11:10 am** at United States Bankruptcy Court, **701 East Broad Street, Richmond, VA 23219, Room 5000**.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.

Date:   September 25, 2019                          /s/Susan H. Call
                                                    Susan H. Call, Counsel for
                                                    Carl M. Bates
                                                    Chapter 13 Trustee
                                                    P.O. Box 1819
                                                    Richmond, VA 23218-1819
                                                    VSBN 34367


**Certificate of Service**

I hereby certify that on September 25, 2019, I have mailed or hand-delivered a true copy of the foregoing Notice of Objection to Confirmation to the debtor(s) LeMar Allen Bowers, 10250 Scots Landing Rd, Mechanicsville, VA 23116  and electronically sent to debtor's attorney, James E, Kane, Esquire, jkane@kaneandpapa.com.

                                                    /s/Susan H. Call
                                                    Susan H. Call, Counsel for
                                                    Carl M. Bates
                                                    Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367