UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                                    BCN#: 19-33915-KRH
LeMar Allen Bowers                                        Chapter: 13
Debtor(s)

NOTICE OF MOTION (OR OBJECTION)

Carrington Mortgage Services, LLC has filed papers with the court objecting to the confirmation of the proposed Chapter 13 plan.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Objection, or if you want the court to consider your views on the Objection, then on or before March 24, 2020, you or your attorney must:

❍       File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

        U.S. Bankruptcy Court
        701 East Broad Street,
        Suite 4000
        Richmond, VA 23219

        You must also send a copy to:
        Gregory N. Britto, Esquire
        Malcolm B. Savage, III, Esquire
        William M. Savage, Esquire
        Mary F. Balthasar Lake, Esquire
        Nicole McKenzie, Esquire
        SHAPIRO & BROWN, LLP
        501 Independence Parkway, Suite 203
        Chesapeake, Virginia 23320
        (703) 449-5800

❍       Attend a hearing to be scheduled on 4/8/2020 at 11:10 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: March 9, 2020

SHAPIRO & BROWN, LLP
Attorneys for Carrington Mortgage Services, LLC


By:/s/ Mary F. Balthasar Lake _____
Malcolm B. Savage, III, Esquire VSB #91050
William M. Savage, Esquire VSB #26155
Mary F. Balthasar Lake, Esquire VSB #34899
Gregory N. Britto, Esquire VSB #23476
Nicole McKenzie, Esquire VSB #93990
SHAPIRO & BROWN, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800

CERTIFICATE OF SERVICE

I certify that I have this 9th day of March, 2020, electronically transmitted and/or mailed by first class mail, postage pre-paid or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the following:

| James E. Kane | Carl M. Bates | LeMar Allen Bowers |
|---|---|---|
| Kane & Papa, PC | P. O. Box 1819 | 10250 Scots Landing Road |
| 1313 East Cary Street | Richmond, VA 23218 | Mechanicsville, VA 23116 |
| PO Box 508 | | |
| Richmond, VA 23218-0508 | | |

/s/ Mary F. Balthasar Lake _____
Gregory N. Britto, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Mary F. Balthasar Lake, Esquire
Nicole McKenzie, Esquire


Gregory N. Britto, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Mary F. Balthasar Lake, Esquire
Nicole McKenzie, Esquire
Shapiro & Brown, LLP Attorney for
Carrington Mortgage Services, LLC
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800 16-262840

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                                                BCN#: 19-33915-KRH
LeMar Allen Bowers                                                    Chapter: 13
Debtor(s)

OBJECTION OF CARRINGTON MORTGAGE SERVICES, LLC
TO PROPOSED CHAPTER 13 PLAN AND
CONFIRMATION THEREOF

Carrington Mortgage Services, LLC, and its assignees and/or successors in interest, a secured creditor in the above-entitled Bankruptcy proceeding, hereby submits the following objections to the confirmation of the Chapter 13 Plan proposed by Debtor:

1.      This objecting secured creditor is the beneficiary of a trust deed on property commonly known as 1204 ALCINDOR RD, Portsmouth, VA 23701; the promissory note and deed of trust were attached to the proof of claim filed by the secured creditor.

2.      The debtor is due for  Principal and interest in the amount of $32,236.20, Prepetition fees in the amount of $10,935.59, an Escrow deficiency for funds advanced in the amount of $6,682.54, a Projected escrow shortage in the amount of $711.12, less funds on hand in the amount of $1,124.09.

3.      The proposed Plan does not set forth a reasonable schedule and time period for the payment of arrearages on the deed of trust.

4.      The proposed Chapter 13 plan does not provide this objecting secured creditor with adequate protection or adequate security, according to Sections 362 and 1325(a) of the Code.

5.      As indicated by the debtor's payment history and schedules, the Plan is not feasible.

6.      The Plan states the arrears are to be cured through a pending loan modification, but the Plan does not include provisions for what happens if the loan modification is not successful or set forth a reasonable timeframe for the loan modification to be completed.

/s/ Mary F. Balthasar Lake
Gregory N. Britto, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Mary F. Balthasar Lake, Esquire
Nicole McKenzie, Esquire
Shapiro & Brown, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800  16-262840

CONCLUSION

Any Chapter 13 Plan proposed by Debtors must provide for and eliminate the objections specified above in order to be feasible and to provide adequate protection to this objecting secured creditor.  It is respectfully requested that confirmation of the Chapter 13 Plan as proposed by Debtor be denied.

WHEREFORE, secured creditor prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied.
2. For attorney's fees and costs incurred herein.
3. That a hearing be held April 8, 2020, at 11:10 am at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia on this objection.
4. For such other relief as this Court deems proper.

Dated:  March 9, 2020            Respectfully submitted
                                Carrington Mortgage Services, LLC
                                By Counsel:

                                /s/ Mary F. Balthasar Lake
                                Gregory N. Britto, Esquire
                                Malcolm B. Savage, III, Esquire
                                William M. Savage, Esquire
                                Mary F. Balthasar Lake, Esquire
                                Nicole McKenzie, Esquire
                                Shapiro & Brown, LLP
                                501 Independence Parkway, Suite 203
                                Chesapeake, Virginia 23320
                                (703) 449-5800

I certify that I have electronically transmitted and/or mailed true copies of the above Objections to the Chapter 13 Plan, by First Class Mail, postage prepaid on this 9th day of March, 2020 to the following:

| James E. Kane | Carl M. Bates | LeMar Allen Bowers |
|---|---|---|
| Kane & Papa, PC | P. O. Box 1819 | 10250 Scots Landing Road |
| 1313 East Cary Street | Richmond, VA 23218 | Mechanicsville, VA 23116 |
| PO Box 508 | | |
| Richmond, VA 23218-0508 | | |

                                /s/ Mary F. Balthasar Lake
                                Gregory N. Britto, Esquire
                                Malcolm B. Savage, III, Esquire
                                William M. Savage, Esquire
                                Mary F. Balthasar Lake, Esquire
                                Nicole McKenzie, Esquire

16-262840