UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                                    BCN#: 19-33915-KRH
LeMar Allen Bowers                                        Chapter: 13
Debtor(s)

NOTICE OF MOTION (OR OBJECTION)

Carrington Mortgage Services, LLC has filed papers with the court objecting to the confirmation of the proposed Chapter 13 plan.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Objection, or if you want the court to consider your views on the Objection, then on or before May 6, 2020, you or your attorney must:

❍       File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

        U.S. Bankruptcy Court
        701 East Broad Street,
        Suite 4000
        Richmond, VA 23219

You must also send a copy to:
        Gregory N. Britto, Esquire
        Malcolm B. Savage, III, Esquire
        William M. Savage, Esquire
        Mary F. Balthasar Lake, Esquire
        Nicole McKenzie, Esquire
        SHAPIRO & BROWN, LLP
        501 Independence Parkway, Suite 203
        Chesapeake, Virginia 23320
        (703) 449-5800

❍       Attend a hearing to be scheduled on 5/20/2020 at 11:10 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia.  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: April 21, 2020

SHAPIRO & BROWN, LLP
Attorneys for Carrington Mortgage Services, LLC

By:/s/ Mary F. Balthasar Lake
    Malcolm B. Savage, III, Esquire VSB #91050
    William M. Savage, Esquire VSB #26155
    Mary F. Balthasar Lake, Esquire VSB #34899
    Gregory N. Britto, Esquire VSB #23476
    Nicole McKenzie, Esquire VSB #93990
    SHAPIRO & BROWN, LLP
    501 Independence Parkway, Suite 203
    Chesapeake, Virginia 23320
    (703) 449-5800

CERTIFICATE OF SERVICE

I certify that I have this 21st day of April, 2020, electronically transmitted and/or mailed by first class mail, postage pre-paid or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the following:

| | | |
|---|---|---|
| James E. Kane | Carl M. Bates | LeMar Allen Bowers |
| Kane & Papa, PC | P. O. Box 1819 | 10250 Scots Landing Road |
| 1313 East Cary Street | Richmond, VA 23218 | Mechanicsville, VA 23116 |
| P.O. Box 508 | | |
| Richmond, VA 23218-0508 | | |

/s/ Mary F. Balthasar Lake
Gregory N. Britto, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Mary F. Balthasar Lake, Esquire
Nicole McKenzie, Esquire

Gregory N. Britto, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Mary F. Balthasar Lake, Esquire
Nicole McKenzie, Esquire
Shapiro & Brown, LLP Attorney for
Carrington Mortgage Services, LLC
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800 16-262840

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                                                          BCN#: 19-33915-KRH
LeMar Allen Bowers                                                   Chapter: 13
Debtor(s)

OBJECTION OF CARRINGTON MORTGAGE SERVICES, LLC
TO PROPOSED CHAPTER 13 PLAN AND
CONFIRMATION THEREOF

Carrington Mortgage Services, LLC, and its assignees and/or successors in interest, a secured creditor in the above-entitled Bankruptcy proceeding, hereby submits the following objections to the confirmation of the Chapter 13 Plan proposed by Debtor:

1.      This objecting secured creditor is the beneficiary of a trust deed on property commonly known as 1204 ALCINDOR RD, Portsmouth, VA 23701; the promissory note and deed of trust were attached to the proof of claim filed by the secured creditor.

2.      The debtor is due for  Principal and interest in the amount of $32,236.20, Prepetition fees in the amount of $10,935.59, an Escrow deficiency for funds advanced in the amount of $6,682.54, a Projected escrow shortage in the amount of $771.12, less funds on hand in the amount of $1,124.09.

3.      The proposed Plan does not set forth a reasonable schedule and time period for the payment of arrearages on the deed of trust.

4.      The proposed Chapter 13 plan does not provide this objecting secured creditor with adequate protection or adequate security, according to Sections 362 and 1325(a) of the Code.

5.      As indicated by the debtor's payment history and schedules, the Plan is not feasible.

6.      The Plan does not propose to pay the secured creditor's entire claim as shown in its proof of claim in the amount of $49,501.36.

/s/ Mary F. Balthasar Lake
Gregory N. Britto, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Mary F. Balthasar Lake, Esquire
Nicole McKenzie, Esquire
Shapiro & Brown, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800  16-262840

CONCLUSION

Any Chapter 13 Plan proposed by Debtors must provide for and eliminate the objections specified above in order to be feasible and to provide adequate protection to this objecting secured creditor.  It is respectfully requested that confirmation of the Chapter 13 Plan as proposed by Debtor be denied.

WHEREFORE, secured creditor prays as follows:

1.      That confirmation of the proposed Chapter 13 Plan be denied.
2.      For attorney's fees and costs incurred herein.
3.      That a hearing be held May 20, 2020, at 11:10 am at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia on this objection.
4.      For such other relief as this Court deems proper.


Dated: April 21, 2020                    Respectfully submitted
                                         Carrington Mortgage Services, LLC
                                         By Counsel:

                                         /s/ Mary F. Balthasar Lake
                                         Gregory N. Britto, Esquire
                                         Malcolm B. Savage, III, Esquire
                                         William M. Savage, Esquire
                                         Mary F. Balthasar Lake, Esquire
                                         Nicole McKenzie, Esquire
                                         Shapiro & Brown, LLP
                                         501 Independence Parkway, Suite 203
                                         Chesapeake, Virginia 23320
                                         (703) 449-5800

I certify that I have electronically transmitted and/or mailed true copies of the above Objections to the Chapter 13 Plan, by First Class Mail, postage prepaid on this 21st day of April, 2020 to the following:

James E. Kane                  Carl M. Bates               LeMar Allen Bowers
Kane & Papa, PC                P. O. Box 1819              10250 Scots Landing Road
1313 East Cary Street          Richmond, VA 23218          Mechanicsville, VA 23116
P.O. Box 508
Richmond, VA 23218-0508


                                         /s/ Mary F. Balthasar Lake
                                         Gregory N. Britto, Esquire
                                         Malcolm B. Savage, III, Esquire
                                         William M. Savage, Esquire
                                         Mary F. Balthasar Lake, Esquire
                                         Nicole McKenzie, Esquire

16-262840