# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In Re: LeMar Allen Bowers　　　　　　　　　　Case No: 19-33915
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

# MOTION TO DISMISS CASE

COMES NOW, your Chapter 13 Trustee, By Counsel, and moves the Court to Dismiss this case and in support thereof states as follows:

1. The Debtor originally filed this case on July 29, 2019.

2. There have been no confirmed plans in this case.

3. The debtor originally scheduled IRS tax debt as secured in the amount of $409,000.00 with a total debt of $641,100.00.

4. The IRS has filed 4 amended claims, and the last claim filed on April 16, 2020, the total amount of the claim is $680,488.73, with no secured amount, and $661,319.10 being Unsecured Priority and $19,169.63 being Unsecured General.

5. This claim in the amount of $680,488.73 as unsecured debt disqualifies the debtor from being a Debtor in a Chapter 13 since he is above the allowed debt limit qualifications for a Chapter 13.

6. The Debtor does not qualify to be a Chapter 13 debtor under 11 U.S.C. §109(e). The Debtor exceeds the statutory limits allowed for unsecured debt to qualify as a Chapter 13 Debtor based on the proofs of claim as filed and treatment of the claim.

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

WHEREFORE, the Chapter 13 Trustee, by Counsel, respectfully requests that the Court enter an Order to Dismiss this case, and for such further remedy deemed appropriate.

Date:  July 17, 2020

/s/Susan H. Call
Susan H. Call, Counsel for
Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218-1819
VSBN 34367

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served by first-class mail, postage prepaid, July 17, 2020 upon the Debtor, LeMar Allen Bowers, 10250 Scots Landing Road, Mechanicsville, VA 23116, **all creditors on the attached list and by e-mail** notification to their attorney, James E. Kane, at jkane@kaneandpapa.com.

/s/Susan H. Call
Susan H. Call, Counsel for
Carl M. Bates
Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In Re:  LeMar Allen Bowers    Case No: 19-33915
Chapter 13

## NOTICE OF MOTION AND NOTICE OF HEARING

The Chapter 13 Trustee has filed papers with the Court to request an Order be entered ordering that the above case be Dismissed.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before seven (7) days before the date of the hearing, you or your attorney must:

**File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.**

Clerk of Court
United States Bankruptcy Court
701 East Broad Street
Richmond, VA 23219

You must also mail a copy to:

Carl M. Bates
Chapter 13 Trustee
P. O. Box 1890
Richmond, Virginia 23218-1780

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

**Attend the Hearing scheduled to be held on <u>August 26, 2020</u> at <u>1:00 P.M.</u>, at the U.S. Bankruptcy Court, 701 East Broad Street, Rm. 5000, Richmond, VA 23219.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

| | |
|---|---|
| Date:  <u>July 17, 2020</u> | /s/Susan H. Call<br>Susan H. Call, Counsel for<br>Carl M. Bates<br>Chapter 13 Trustee<br>P.O. Box 1819<br>Richmond, VA 23218-1819<br>VSBN 34367 |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Motion and Hearing was served by first-class mail, postage prepaid, July 17, 2020 upon the Debtor, LeMar Allen Bowers, 10250 Scots Landing Road, Mechanicsville, VA 23116**, all creditors on the attached list and by e-mail** notification to their attorney, James E. Kane, at jkane@kaneandpapa.com.

.

/s/Susan H. Call
Susan H. Call, Counsel for
Carl M. Bates
Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

```
Label Matrix for local noticing            CARRINGTON MORTGAGE SERVICES, LLC          Capital One Auto Finance, a division of Capi
0422-3                                     Shapiro & Brown, LLP                       4515 N Santa Fe Ave. Dept. APS
Case 19-33915-KRH                          501 Independence Parkway, Suite 203        Oklahoma City, OK 73118-7901
Eastern District of Virginia               Chesapeake, VA 23320-5174
Richmond
Fri Jul 17 09:03:43 EDT 2020

United States Bankruptcy Court             (p)BB AND T                                Capital One
701 East Broad Street                      PO BOX 1847                                Attn: Bankruptcy
Richmond, VA 23219-1888                    WILSON NC 27894-1847                       Po Box 30285
                                                                                      Salt Lake City, UT 84130-0285


Capital One Auto Finance                   Capital One Auto Finance, a division of    Capital One Bank (USA), N.A.
Attn: Bankruptcy                           AIS Portfolio Services, LP                 by American InfoSource as agent
Po Box 30285                               4515 N Santa Fe Ave. Dept. APS             4515 N Santa Fe Ave
Salt Lake City, UT 84130-0285              Oklahoma City, OK 73118-7901               Oklahoma City, OK 73118-7901


Carrington Mortgage Services               Carrington Mortgage Services, LLC          Citibank, N.A.
Attn: Bankruptcy                           1600 South Douglass Road                   5800 S Corporate Pl
Po Box 3730                                Anaheim, CA 92806-5951                     Sioux Falls, SD  57108-5027
Anaheim, CA 92803-3730


Citibank/The Home Depot                    Comenity Bank/Wayfair                      Commonwealth Radiology
Attn: Recovery/Centralized Bankruptcy      Attn: Bankruptcy Dept                      1508 Willow Lawn Dr
Po Box 790034                              Po Box 182125                              Ste 117
St Louis, MO 63179-0034                    Columbus, OH 43218-2125                    Richmond, Va 23230-3421


Dept of Ed / Navient                       Genesis Bankcard Services                  Hanover County Treasurer
Attn: Claims Dept                          Attn: Bankruptcy Department                P.O. Box 430
Po Box 9635                                Po Box 4477                                Hanover, VA 23069-0430
Wilkes Barr, PA 18773-9635                 Beaverton, OR 97076-4401


(p)HANOVER COUNTY VIRGINIA                 Independent Savings Plan Company (ISPC)    (p)INTERNAL REVENUE SERVICE
HANOVER COUNTY ATTORNEYS OFFICE            Attn: Bankruptcy                           CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 470                                 1115 Gunn Highway Suite 100                PO BOX 7346
HANOVER VA 23069-0470                      Odessa, FL 33556-5328                      PHILADELPHIA PA 19101-7346


Internal Revenue Service                   (p)JEFFERSON CAPITAL SYSTEMS LLC           Knight Capital Funding III, LLC
P.O. Box 7346                              PO BOX 7999                                110 SE 6th Street, Suite 700
Philadelphia, PA 19101-7346                SAINT CLOUD MN 56302-7999                  Fort Lauderdale, FL 33301-5002


Navient Solutions, LLC. on behalf of       On Deck Capital, Inc.                      Ondeck Cap
Department of Education Loan Services      c/o Christine Levi                         1400 Broadway
PO BOX 9635                                101 West Colfax Ave., 10th Floor           New York, NY 10018-5300
Wilkes-Barre, PA 18773-9635                Denver, CO 80202-5167


Partnersffcu                               Partnersffcu                               Quantum3 Group LLC as agent for
400 North 8th Street                       PO Box 2980                                Comenity Bank
Richmond, VA 23219-4805                    Henrico, VA 23228-9700                     PO Box 788
                                                                                      Kirkland, WA  98083-0788
```

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>GPCC I LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | SPG Advance<br>1221 McDonald Ave<br>Brooklyn, NY 11230-3322 | Shapiro & Brown, LLP<br>501 Independence Pkwy.<br>Suite 203<br>Chesapeake, VA 23320-5174 |
| SublettPearson PLC<br>P.O. Box 20869<br>Roanoke, VA 24018-0527 | Synchrony/Ashley Furniture Homestore<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | THE NESBITT LAW FIRM<br>C/O SUBLETTPEARSON, PLC<br>PO BOX 20869<br>ROANOKE, VA 24018-0527 |
| Tbf Financial Llc<br>Attn: Bankruptcy Department<br>740 Waukegan Road, Suite 404<br>Deerfield, IL 60015-5505 | The Nesbitt Law Firm<br>1915 Huguenot Road<br>Suite 303<br>Richmond, VA 23235-4315 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 130000 Raleigh, NC 27605 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine, CA 92623-9657 | Carl M. Bates<br>341 Dial 866-813-0912 Code: 8576180<br>P. O. Box 1819<br>Richmond, VA 23218-1819 |
| James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 | John P. Fitzgerald, III<br>Office of the US Trustee - Region 4 -R<br>701 E. Broad Street, Ste. 4304<br>Richmond, VA 23219-1849 | LeMar Allen Bowers<br>10250 Scots Landing Road<br>Mechanicsville, VA 23116-6684 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB&T<br>Attn: Bankruptcy<br>P.O. Box 1847<br>Wilson, NC 27894-0000 | Hanover County, Virginia<br>County Attorney's Office<br>PO Box 470<br>Hanover, VA 23069 | Internal Revenue Service<br>400 North 8th Street<br>Richmond, VA 23219-0000 |
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)United States of America, Internal Revenue<br>0 | (d)Capital One Auto Finance, a division of Ca<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

**End of Label Matrix**
Mailable recipients    44
Bypassed recipients     3
Total                  47